AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF  NEVADA

ABRAHAM J. CRUZADO,

      Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

                            CASE NUMBER: **3:08-cv-00605-ECR-RAM**

BILL DONAT, et al.,

      Defendants.

\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice** to plaintiff's right to file another action challenging his disciplinary hearing when he can demonstrate that the results of his disciplinary hearing have been invalidated.


  April 3, 2009                                     **LANCE S. WILSON**
                                                       Clerk

                                                     /s/ P. McDonald
                                                     Deputy Clerk