## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ABRAHAM J. CRUZADO, | ) | 3:08-CV-605-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 28, 2009 |
| | ) | |
| BILL DONAT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed an Objection and Motion to Strike Defendants' Stipulation for Dismissal (Doc. #39).  Defendants have filed a Notice to the Court, or in the Alternative, Response to Motion to Strike (Doc. #41).

It appears to the court that Defendants sent Plaintiff a signed copy of the Settlement Agreement on September 25, 2009.

Plaintiff's Objection and Motion to Strike Defendants' Stipulation for Dismissal (Doc. #39) is **DENIED** as moot.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
                Deputy Clerk