## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ABRAHAM J. CRUZADO, | ) | 3:08-CV-605-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 6, 2009 |
| | ) | |
| BILL DONAT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion to Withdraw All Pending Motions Before the Court (Doc. #46).  Good cause appearing,

Plaintiff's Motion to Withdraw All Pending Motions Before the Court (Doc. #46) is **GRANTED**. Plaintiff's Motion Requesting Copy of Settlement Agreement (Doc. #44) and Motion for Production of Settlement Agreement (Doc. #45) are **DENIED** as moot.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
          Deputy Clerk